[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Dec. 04, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-11909
Non-Argument Calendar

_____

D. C. Docket No. 08-00139-CR-J-34JRK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ADAN GONZALES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 4, 2009)

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

W. Charles Fletcher, appointed appellate counsel for Adan Gonzales, has

filed a motion to withdraw from further representation, supported by a brief

prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d

493 (1967). Our independent review of the entire record reveals that counsel's

assessment of the relative merit is correct. Because independent examination of

the entire record reveals no arguable issues of merit, counsel's motion to withdraw

is **GRANTED**, and Gonzales's conviction and sentence are **AFFIRMED**.